OPINION — AG — QUESTION: " WHETHER PROPOSED SENATE BILL NO. 235 WOULD BE UNCONSTITUTIONAL AS APPLIED TO THE GRAND RIVER AUTHORITY, AND OTHER AGENCIES, OR AUTHORITIES OF THE STATE SIMILARLY CONSTITUTED, AND OPERATING ACCORDING TO SIMILAR FINANCIAL ARRANGEMENTS? " — NEGATIVE KEY WORDS: CURRENT OPERATING EXPENSES, FEDERAL FUNDS, EXPENSES OF ADMINISTRATION, REVENUES DERIVED FROM, NOT APPLY TO DONATED FUNDS, TRUST FUNDS CITE: 62 O.S. 1961 41.13 [62-41.13], 62 O.S. 1961 41.7 [62-41.7], 62 O.S. 1961 41.9 [62-41.9], ARTICLE I, SECTION 10, 62 O.S. 1961 41.1-41.38 [62-41.1] — [62-41.38], 82 O.S. 1961 870 [82-870] (CHARLES NESBITT)